JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| GRYPHON MOBILE ELECTRONICS, LLC, a California limited liability company; and SPACEKEY (USA), INC., California corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VOLITIGER POWER, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: SACV 15-02080-CJC(DFMx)<br><br>JUDGMENT |

## **JUDGMENT**

1. Judgment is entered in favor of plaintiffs Gryphon Mobile Electronics, LLC and Spacekey (USA), Inc. and against defendant Volitiger Power, Inc. on Count I of the complaint, which alleges patent infringement.

2. Plaintiffs are hereby awarded damages pursuant to 35 U.S.C. §§ 284 and 289 in the amount of $45,570.44

IT IS SO ORDERED

DATED:     July 6, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE